163 A.3d 871

IN THE MATTER OF ALEXANDER J. GUREVICH, AN
ATTORNEY AT LAW (ATTORNEY NO. 040041988)

June 29, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–070, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14, **ALEXANDER J. GURE-VICH** of **GREENWICH, CONNECTICUT**, who was admitted to the bar of this State in 1988, should be suspended from the practice of law for a period eighteen months based on discipline imposed in the State of New York for unethical conduct that in New Jersey constitutes violations of *RPC* 1.8(a)(1) and (3)(improper business transaction with client), *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d)(conduct prejudicial to the administration of justice);

And good cause appearing;

It is ORDERED that **ALEXANDER J. GUREVICH** is suspended from the practice of law for a period of eighteen months, effective July 31, 2017, and until the further Order of the Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(d); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.